**FRANK OZMENT ATTORNEY AT LAW, LLC**
217 Country Club Park, Box 501
Birmingham, Alabama 35213
t: 205.413.9973
e: FrankOzmentLaw@gmail.com
Frank Ozment
Valrey W. Early, III

*Counsel For Plaintiffs*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**PURDUE PHARMA L.P.,** *et al.,*<br><br>Debtors.[1] | **Chapter 11**<br><br>**Case No. 19-23649 (SHL)**<br><br>**(Jointly Administered)** |
| **STACEY BRIDGES and CREIGHTON BLOYD and others similarly situated,**<br><br>Plaintiffs,<br>v.<br><br>**PURDUE PHARMA L.P. and THE UNITED STATES OF AMERICA,**<br><br>Defendants. | **Adv. Pro. No. 21-07088 (SHL)** |

### NOTICE OF APPEAL AND STATEMENT OF ELECTION

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): <u>Stacey Bridges and Creighton Bloyd and Others Similarly Situated</u>

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.
- ■ Plaintiff
- ☐ Defendant
- ☐ Other (describe)
  _____

For appeals in a bankruptcy case and not in an adversary proceeding.
- ☐ Debtor
- ☐ Creditor
- ☐ Trustee
- ☐ Other (describe)
  _____

## Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: <u>Judgment dismissing this Adversary Proceeding, made by ruling from the bench on March 31, 2023</u>

2. State the date on which the judgment, order, or decree was entered: <u>March 31, 2023</u>_____

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party:

**PURDUE PHARMA L.P. and its Co-Debtors, including the following:**

The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140),

Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Attorneys:

DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
James I. McClammy
Marc J. Tobak
Kathryn S. Benedict

2.  Party:

**THE UNITED STATES OF AMERICA**

Attorneys:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York
By: LAWRENCE H. FOGELMAN
PETER ARONOFF
DANIELLE J. LEVINE Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2719/2697/2689
Lawrence.Fogelman@usdoj.gov
Danielle.Levine@usdoj.gov
Peter.Aronoff@usdoj.gov

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**
If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

■ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

_____ *s/ Frank Ozment* _____

Date: _____ April 7, 2023 _____

FRANK OZMENT ATTORNEY AT LAW, LLC
217 Country Club Park, Box 501
Birmingham, Alabama 35213
t: 205.413.9973
e: FrankOzmentLaw@gmail.com

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[**Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]