UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re:

PURDUE PHARMA L.P., et al.,

                Debtors.
-------------------------------------------------------------------X
 STACEY BRIDGES and CREIGHTON BLOYD,

                Appellants,                                  23 **CIVIL** 3779 (PMH)

        -against-                                                   **JUDGMENT**

PURDUE PHARMA L.P., et al., and THE UNITED
STATES OF AMERICA,

                Appellees.
-------------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 20, 2024, the Bankruptcy Court's Order is AFFIRMED. Appellants' request for oral argument is denied as unnecessary because the facts and legal arguments are adequately presented and the decisional process would not be significantly aided by oral argument. Fed. R. Bank. P. 8019(b)(3); accordingly, the case is closed.

**Dated:**  New York, New York
          March 20, 2024

                                                                    **RUBY J. KRAJICK**

                                                                    **Clerk of Court**

                                             **BY:**     *K. Mango*

                                                                       **Deputy Clerk**